# 12-5086

*To Be Argued By:*
TRACY LEE DAYTON

# United States Court of Appeals

## FOR THE SECOND CIRCUIT

### Docket No. 12-5086

UNITED STATES OF AMERICA,

*Appellee,*

-vs-

AZIBO AQUART, aka D, aka Dreddy, aka Jumbo, aka Azibo Smith, aka Azibo Siwatu Jahi Smith,

*Defendant-Appellant,*

(For continuation of caption, see inside cover)

ON APPEAL FROM THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF CONNECTICUT

---

**GOVERNMENT APPENDIX-VOLUME VII (GA1751 – GA1960)**
**GOVERNMENT EXHIBITS**

DEIRDRE M. DALY
*United States Attorney*
*District of Connecticut*

TRACY LEE DAYTON
JACABED RODRIGUEZ-COSS
SANDRA S. GLOVER
*Assistant United States Attorneys*

LESLIE R. CALWELL
*Assistant Attorney General*

SUNG-HEE SUH
*Deputy Assistant*
*Attorney General*

DAVID M. LIEBERMAN
*Attorney*
*Criminal Division*
*Appellate Section*